UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

**JUL 27 2005**

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

HUNTINGTON LEARNING
CENTERS, INC.

        Plaintiff,

        v.

CARY ENTERPRISES, LLC and
BARBARA CARY

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION NO. 4:05CV00346(RWS)

*So ordered*

*7/27/05*

**STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS**

Pursuant to Fed. R. Civ. P. 41(a)(1), the Plaintiff, Huntington Learning Centers, Inc. and

the Defendants, Cary Enterprises, LLC and Barbara Cary hereby voluntarily agree and stipulate

to the dismissal of this action with prejudice, each party to pay its and her own costs and

attorneys' fees.

Respectfully submitted,

intington Learning Centers, Inc. v. Cary Enterprises, LLC et al    Case: 4:05-cv-00346-RWS    File Date: 07/26/2005    Doc #: 34    p: 2 of 2

- 2 -

| HUNTINGTON LEARNING CENTERS, INC. | CARY ENTERPRISES, LLC and BARBARA CARY |
|---|---|
| By its attorneys, | By their attorneys, |
| _/s/ Gregg A. Rubenstein_<br>Ira L. Blank, E.D. Mo. No. 12973<br>BLUMENFELD, KAPLAN & SANDWEISS, P.C.<br>168 North Meramec Avenue, 4th Flr.<br>St. Louis, MO 63105<br>Tel. (314) 863-0800<br>Fax (314) 863-9388<br>E-Mail: ilb@bks-law.com<br><br>Of Counsel:<br><br>Arthur L. Pressman (admitted pro hac vice)<br>Gregg A. Rubenstein (admitted pro hac vice)<br>NIXON PEABODY LLP<br>100 Summer Street<br>Boston, Massachusetts 02110<br>Tel. (617) 345-1000<br>Fax (617) 345-1300<br>E-Mail: apressman@nixonpeabody.com<br>E-Mail: grubenstein@nixonpeabody.com | _/s/ David C. Knieriem_<br>David C. Knieriem #3578<br>LAW OFFICES OF DAVID C. KNIERIEM<br>7711 Bonhomme, Suite 850<br>Clayton, MO 63105<br>314-862-5110<br>314-862-5943 (fax)<br>E-Mail: attorneydavek@cs.com |

Dated: July 26, 2005